## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Petitioner, | ) ) | Case No. 25-cv-2093 |
| v. | ) ) | |
| ORTHOTECH SPORTS MEDICAL EQUIPMENT, INC. n/k/a USA ATHLETIC PRODUCTS, INC., | ) ) ) ) | |
| Respondent, | ) | |

### PETITION FOR APPOINTMENT OF AN UMPIRE

NOW COMES the Petitioner, WESTERN NATIONAL MUTUAL INSURANCE COMPANY ("Western National"), by and through its undersigned counsel, HeplerBroom, LLC and pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57 hereby submits the following petition for the judicial nomination of an umpire to preside over the pending property insurance appraisal between Petitioner, Western National, and Respondent, ORTHOTECH SPORTS MEDICAL EQUIPMENT, INC. n/k/a USA ATHLETIC PRODUCTS, INC. ("Orthotech") and in support of the same hereby states the following:

### Parties & Jurisdiction

1.      At all times relevant, Western National is a corporation duly organized and existing under the laws of the State of Minnesota, with its principal place of business located at 4700 West 77th Street, in Edina, Minnesota.  (True and accurate copies of the Illinois Department of Insurance records are attached and incorporated as Ex. 01)

2.      At all times relevant, Orthotech, now known as "USA Athletic Products, Inc.", is a corporation organized and existing under the laws of the State of Illinois, with its principal place

of business located at 720 E. Monroe Street in Herrin, Illinois (True and accurate copies of the Illinois Secretary of State records are attached and incorporated as Ex. 02)

3.      By virtue of its incorporation and principal place of business being in Minnesota, Petitioner is a citizen of the State of Minnesota.  By virtue of its incorporation and principal place of business being in Illinois, Respondent is a citizen of the State of Illinois. Therefore, complete diversity exists between the parties pursuant to 28 U.S.C. § 1332(a)(1)

4.      In the underlying insurance claim, and appraisal at issue, the Respondent seeks at least $800,000 in policy benefits, exclusive of interest and costs, and therefore, the amount in controversy is also satisfied and this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).  (See, Exs. 01 and 02; *see also* Respondent's Demand for Appraisal, attached and incorporated as Ex. 03)

## Insurance Claim & Appraisal Demand

5.      For the period August 15, 2024 through August 25, 2025, and subject to all terms, conditions, exclusions, endorsements and provisions, Western National insured Orthotech and the property located at 720 E. Monroe Street in Herrin, Illinois ("Insured Premises") under Policy No. CPP1245481-04 ("Policy"). (See, a true and accurate copy of the Policy, attached and incorporated as Ex. 04)

6.      On March 25, 2025, Orthotech reported Claim No. 1000216994 ("Claim") under the Policy, with a March 23, 2025 date of loss for storm damage to the Insured Premises.  (See, Loss Acknowledgement letter, attached and incorporated as Exhibit 05)

7.      Following a joint inspection and coverage investigation, and pursuant to the terms and conditions of the Policy, Western National accepted partial coverage for storm damage to the Insured Premises and issued an undisputed actual cash value payment, less the Policy's deductible,

for $39,844.48 on April 4, 2025. (See, Coverage Decision & Payment Letter, attached and incorporated as Ex. 06)

8.    On April 21, 2025, Respondent retained a public adjuster, and submitted its own estimate, along with an unsolicited sworn statement in proof of loss in the amount of $874,159.80. (See, a true and accurate copy of the public adjuster letter of representation and enclosures, attached and incorporated as Ex. 07)

9.    Western National thereafter acknowledged receipt of the unsolicited sworn statement in proof of loss and engaged a licensed professional engineer to inspect the Insured Premises, opine on the cause of loss and author a report of findings. (True and accurate copies of the acknowledgement letter and Rimkus Report of Findings are attached and incorporated as Exs. 08 and 09)

10.    Following receipt of the engineer's report of findings, Western National issued a June 25, 2025 coverage letter to Respondent and its public adjuster, standing on its prior amount of loss, and disclaiming coverage for the remaining claimed damages sought by Respondent due to the application of various exclusions in the Policy. (See, a true and accurate copy of the June 25, 2025 supplemental coverage letter, attached and incorporated as Ex. 10)

11.    Thereafter, on July 17, 2025, Orthotech submitted a written demand for appraisal of the "amount of loss" of its Claim, as provided for in the Policy and nominated Casey Ainslie as its appraiser ("Appraiser Ainslie"). (See, Ex. 3)

12.    On July 18, 2025, Western National responded to Orthotech's demand for appraisal of the Claim and nominated Mark Stromberger as its appraiser ("Appraiser Stromberger"). (See, Response to Appraisal Demand, attached and incorporated as Ex. 11)

## Policy Language & Umpire Impasse

13.    At all times relevant, the operative appraisal language of the Policy provided as follows:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. Definitions.

            *      *      *

**E.    Loss Conditions**

            *      *      *

2.    Appraisal.

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event,    each party will select a competent and impartial appraiser. The two  appraisers will select an umpire. ***If they cannot agree, either may request that selection be made by a judge  of a court having jurisdiction.*** The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

            *      *      *

### ILLINOIS CHANGES

            *      *      *

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

4

      **b.**  We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:
(1)  You demanded the appraisal; and
(2)  The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

(See, Ex. 4, pgs. 20, 46)

14.    Despite multiple rounds of exchanges, Appraiser Stromberger and Appraiser Ainslie have been unable to agree on an umpire, in order to schedule the joint appraisal inspection and attempt to agree on an umpire per the terms of the Policy.

15.    The appraisers, as of the filing date of this petition, have been unable to agree on an umpire, and pursuant to the Policy, Western National and its appraiser respectfully request that the "selection be made by a judge of a court having jurisdiction." (Ex. 4, Pgs. 20, 46)

16.    Petitioner tenders and submits five (5) potential umpire candidates and requests that the Court select one of the following:

    1.    Robert Boessen, RRC
        Grayco Consulting
        300 Ozark Trail Drive, Ste. 210
        Ellisville, MO 63011
        573-230-8224
        rboessen@reagan.com

        Mr. Boessen has held the designations of Registered Roof Consultant (RRC) from RCI Inc. and Construction Documents Technologist (CDT) from the Construction Specifications Institute for over 25 years. He is a nationally known, respected expert in roofing consultation, and has Member Emeritus Status with both RCI Inc. (n/k/a International Institute of Building Enclosure Consultants) and the Construction Specifications Institute. He is a subject matter expert and has received formal training on hail and wind damage and hail and wind damage investigations to roofing systems and to building exteriors. He has also taught seminars and published articles on the topics of roofing and weather damage, drawing on his extensive experience spanning 47 years with construction, property claims (including catastrophe deployments), surveys and inspections. He has 20 years of experience with appraisals and umpire assignments, having completed umpire training with WIND. He is also a subject matter expert on estimating software, especially

Xactimate. Mr. Boessen reported no conflicts with the parties. (A true and accurate copy of Mr. Boessen's CV is attached and incorporated as Ex. 12)

2.    Ronald L. Lucy, RRC, RRO
Building Consultant
6321 Irelan Place
Dublin, OH 43016
614-798-4123
RLucy@EESInc.cc

Mr. Lucy specializes in forensic investigations of building envelope systems and has over 25 years of experience. He has performed hundreds of assessments into commercial and residential roof failures related to workmanship and storm damage. He is a subject matter expert and has received extensive formal training on hail and wind damage and hail and wind damage investigations to roofing systems and to building exteriors. He holds the designations of Registered Roof Consultant (RRC), Registered Roof Observer (RRO), and Registered Exterior Wall Consultant (REWC) through RCI, Inc. (n/k/a International Institute of Building Enclosure Consultants). He has extensive experience in appraisal matters, having served as appraiser and umpire to resolve hundreds of disputes in relation to insurance claims throughout the Midwest. There were no conflicts reported with the parties. (A true and accurate copy of Mr. Lucy's CV is attached and incorporated as Ex. 13)

3.    Allan D Kalemba
Illiana Claims Service, LLC
1662 Cardinal Drive
Munster, IN 46321
219-682-4034
alkalemba@Illianaclaimsservice.com

Mr. Kalemba is a certified appraiser and a certified umpire by the National Association of Independent Insurance Adjusters (NAIIA) and has served as appraiser for both policyholders and carriers. He has extensive experience in appraisal matters and is routinely selected as an umpire by the parties' appraisers and courts of record. He is an independent adjuster licensed in the state of Indiana and has over 30 years of experience in property claims, both commercial and residential. He is a subject matter expert and has received formal training on hail and wind damage and hail and wind damage investigations to roofing systems and to building exteriors. He is a subject matter expert on estimating software, especially Xactimate. Mr. Kalemba reported no conflicts with the parties. (A true and accurate copy of Mr. Kalemba's CV is attached and incorporated as Ex. 14)

4.      Joshua Trei, P.E.
        Nederveld, Inc.
        1082 National Parkway
        Schaumburg, IL 60173
        217-685-5890
        jtrei@nederveld.com
        Mr. Trei is a licensed professional engineer in the state of Illinois. He has
        been a forensic engineer with Nederveld, Inc for the past ten years, and has
        ten additional years of experience as a structural engineer. He is a subject
        matter expert and has received extensive formal training on hail and wind
        damage and hail and wind damage investigations to roofing systems and to
        building exteriors. There were no conflicts reported with the parties. (A true
        and accurate copy of Engineer Trei's particulars are attached and
        incorporated as Ex. 15)

5.      Matthew Caldwell, P.E.
        Rudick Forensic Engineering
        855 Tod Ave.
        Youngstown, OH 44502
        330-984-0484
        mcaldwell@rudick-forensic.com

        Mr. Caldwell is a licensed professional engineer in the state of Ohio. He is
        also a subject matter expert in forensic structural evaluation and analysis of
        both commercial and residential buildings. He is a subject matter expert and
        has received formal training on hail and wind damage and hail and wind
        damage investigations to roofing systems and to building exteriors. Aside
        from his expert work, he takes on several appraisal and umpire assignments
        per year and has been court-appointed as umpire on approximately ten (10)
        occasions. He is familiar with the Xactimate and RS Means estimating
        software and is open to considering any bids or quotes presented by
        appraisers. Mr. Caldwell reported no conflicts with the parties. (A true and
        accurate copy of Engineer Caldwell's CV is attached and incorporated as
        Ex. 16)


        WHEREFORE, pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57, Petitioner,

WESTERN NATIONAL MUTUAL INSURANCE COMPANY, respectfully requests and

petitions this Court to appoint one of the above-identified neutrals to serve as the umpire over the

appraisal demanded by Respondent, ORTHOTECH SPORTS MEDICAL EQUIPMENT, INC.

7

n/k/a USA ATHLETIC PRODUCTS, INC. and for any and all other relief that this Court deems

necessary and just.

Respectfully submitted,

**WESTERN NATIONAL MUTUAL**
 **INSURANCE COMPANY,**

By:    /s/ James P. DuChateau, Esq.
        One of its Attorneys

James P. DuChateau, Esq.
Joseph A. Fay, Esq.
HEPLER BROOM, LLC
70 W. Madison St., Ste. 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
Email: joseph.fay@heplerbroom.com
***COUNSEL FOR WESTERN NATIONAL***

## CERTIFICATE OF SERVICE

      I, James P. DuChateau, hereby certify that on <u>November 19, 2025,</u> a true and correct copy of ***Western National Mutual Insurance Co.'s Petition for Appointment of an Umpire*** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have heretofore appeared in this matter.

By:    /s/ James P. DuChateau, Esq.
        One of its Attorneys

## CERTIFICATE OF ADDITIONAL SERVICE

Pursuant to 28 U.S.C. § 1746, the undersigned attorney certifies that, on <u>November 19, 2025</u>, a true and correct copy of ***Western National Mutual Insurance Co.'s Petition for Appointment of an Umpire*** was electronically filed with the Clerk of Court using the CM/ECF system and was mailed, via first-class mail, postage prepaid, to the individuals and entities set forth below:

***<u>RESPONDENT, INSURED</u>***
Orthotech Sports Medical Equipment, Inc.
P.O. BOX 430
Herrin, IL 62948

***<u>PUBLIC ADJUSTER FOR RESPONDENT, ORTHOTECH</u>***
Lee Pearson
1102 West Main Street, Suite A
Marion, IL 62959
(888) 747 – 6638
lee@siroofing.net

***<u>APPRAISER FOR RESPONDENT, ORTHOTECH</u>***
Casey Ainslie
308 N. Mill St.
Summerfield, IL 62289
(618) 974-9582
Caa.adjusting@gmail.com

***<u>APPRAISER FOR PETITIONER, WESTERN NATIONAL</u>***
Mark Stromberger
MCS Property Claim Consulting
13400 Rt. 59, Ste. 116#231
Plainfield, IL 60585
(312) 992-9901
Mark@mcs.claims

By:    /s/ James P. DuChateau, Esq.
        One of its Attorneys